1  Beverly Saxon Leonard, 153105
   THE SAXON LEONARD LAW FIRM
2  1001 Second Street, Suite 345
   Napa, California 94559
3  Tel (707) 257-5378
   Fax (707) 257-5399
4
   Attorney for Plaintiff
5  CLIFFORD DILBERT

6

7

8              IN THE DISTRICT COURT OF THE UNITED STATES

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 CLIFFORD DILBERT,                    Case No.:  C-05 000 87 JSW

11              Plaintiff,              STIPULATION AND ORDER RE:
                                        REQUEST FOR ORDER CHANGING
12 v.                                   TIME FOR MEET & CONFER RE
                                        INITIAL DISCLOSURES AND TO FILE
13 JOHN E. POTTER, POSTMASTER           ADR CERTIFICATION, AND TO
   GENERAL,                             EXCHANGE INITIAL DISCLOSURES,
14                                      AND TO CONTINUE CASE
                                        MANAGEMENT CONFERENCE
15              Defendant.              (Local Rule 6-2)

16
      WHEREAS, Plaintiff CLIFFORD DILBERT, by and through his attorney of record,
17
   BEVERLY SAXON LEONARD, hereby states and requests:
18
      1.     Plaintiff Clifford Dilbert was recently tried in Napa County Superior Court on
19
   charges of child molestation.
20
      2.     On the date closing arguments were to be given to the jury, February 10, 2005,
21
   Clifford Dilbert failed to appear in court.  He was declared a fugitive from justice and
22
   he was found guilty of the charges against him.
23
      3.     Clifford Dilbert was subsequently apprehended in Toronto, Canada on February 12,
24
   2005.  Currently he is awaiting extradition from Canada to Napa County.
25
      4.     Although Clifford Dilbert has not yet been sentenced, it is anticipated that he will be
26
   sentenced to a term in state prison.  For this and other reasons, plaintiff's counsel
27

28                                       -1-

1        intends to withdraw from further representation of the plaintiff.

2    5.    Plaintiff's counsel has had limited opportunity to communicate with plaintiff since

3          his confinement in Canada and has not been able to notify him of the intent to

4          withdraw as counsel.

5    6.    Because of plaintiff's unavailability, plaintiff's counsel is unable to complete the

6          Initial Disclosures for exchange, or to complete an ADR Certification. Plaintiff's

7          counsel did contact defendant's counsel on June 22, 2005, to advise him of plaintiff's

8          predicament. It was agreed plaintiff's counsel would request a stay or extension of

9          all deadlines and a continuance of the Case Management Conference currently set for

10         July 8, 2005.

11   7.    Plaintiff requests an extension of time to meet and confer re initial disclosures, to file

12         an ADR Certification, and to complete the Initial Disclosures and the Case

13         Management Conference Statement, and asks to continue the Case Management

14         Conference scheduled on July 8, 2005 , at 1:30 p.m., to a date ninety-days hence.

15   8.    The Defendant does not object to plaintiff's request.

16   9.    Upon plaintiff's return to Napa County, plaintiff's counsel  will seek to withdraw

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

-2-

1   from further representation of the plaintiff.

2   Dated: June 24, 2005                         Respectfully Submitted,

3                                                THE SAXON LEONARD LAW FIRM

4

5

6                                                By: _____/s/_____
7                                                    Beverly Saxon Leonard
                                                     Attorney for Plaintiff Clifford Dilbert

8           Defendant does not object to Plaintiff's request to extend the deadlines referenced above,

9   nor objects to a continuance of the July 8, 2005, Case Management Conference to a date 90-days

10  hence.

11  Dated: June 24, 2005                         KEVIN V. RYAN
                                                 United States Attorney
12

13

14                                               By: _____/s/_____
                                                     ABRAHAM A. SIMMONS
15                                                   Assistant United States Attorney
                                                     Attorneys for Defendant John E. Potter

16                      **O R D E R   O F   T H E   C O U R T**

17          **The Court, having considered the request for Order Changing Time, hereby**

18  **ORDERS:**

19

20

21          **The parties shall hold a meet and confer re initial disclosures, early settlement, ADR**

22  **Process selection, and discovery plan by** October 14     **,** 2005.

23

24          **The parties shall file a joint ADR Certification with Stipulation for ADR process or**

25  **Notice of Need for ADR Phone Conference by** October 14 **,** 2005.

26

27

28

                                        -3-

1    **The last day to complete initial disclosures or state objection to Rule 26 (f) Report,**

2    **file/serve Case Management Statement, and file/serve Rule 26 (f) Report is**

3    __October 28__ **, 2005.**

4

5    **The Case Management Conference shall be held in Courtroom 2, 17th Floor at 1:30**

6    **p.m., on** __November 4__ **, 2005.**

7

8    **IT IS SO ORDERED**

9

10   **Dated: June __27__ , 2005**          **UNITED STATES DISTRICT COURT JUDGE**

11

12   **By:** ___/s/ Jeffrey S. White___

13   **The Hon. Jeffrey S. White**

14

15

16

17

J.01 Second Street, Suite 345
Napa, California 94559

18

19

20

21

22

23

24

25

26

27

28

-4-