Beverly Saxon Leonard, 153105
**THE SAXON LEONARD LAW FIRM**
1001 Second Street, Suite 345
Napa, California 94559
Tel (707) 257-5378
Fax (707) 257-5399

**Attorney for Plaintiff
CLIFFORD DILBERT**

**IN THE DISTRICT COURT OF THE UNITED STATES**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CLIFFORD DILBERT,** <br><br> Plaintiff, <br><br> v. <br><br> **JOHN E. POTTER, POSTMASTER GENERAL,** <br><br> Defendant. | **Case No.: C-05 000 87 JSW** <br><br> **STIPULATION AND ORDER RE: REQUEST FOR ORDER CHANGING TIME FOR MEET & CONFER RE INITIAL DISCLOSURES AND TO FILE ADR CERTIFICATION, AND TO EXCHANGE INITIAL DISCLOSURES, AND TO CONTINUE CASE MANAGEMENT CONFERENCE** <br> **(Local Rule 6-2)** |

WHEREAS, Plaintiff CLIFFORD DILBERT, by and through his attorney of record, BEVERLY SAXON LEONARD, hereby states and requests:

1. Plaintiff Clifford Dilbert was recently tried in Napa County Superior Court on charges of child molestation.

2. On the date closing arguments were to be given to the jury, February 10, 2005, Clifford Dilbert failed to appear in court. He was declared a fugitive from justice and he was found guilty of the charges against him.

3. Clifford Dilbert was subsequently apprehended in Toronto, Canada on February 12, 2005. He has been extradited back to Napa and has been sentenced to twenty-one

-1-

years to life in state prison. For this and other reasons, plaintiff's counsel intends to withdraw from further representation of the plaintiff. A motion to withdraw as counsel of record for Mr. Dilbert has been e-filed and is set for hearing on January 6, 2006.

4. Because of plaintiff's unavailability, plaintiff's counsel is unable to complete the Initial Disclosures for exchange, or to complete an ADR Certification. Plaintiff's counsel did contact defendant's counsel on October 18, 2005, to advise him of plaintiff's predicament. It was agreed plaintiff's counsel would request a stay or extension of all deadlines and a continuance of the Case Management Conference currently set for November 4, 2005.

5. Plaintiff requests an extension of time to meet and confer re initial disclosures, to file an ADR Certification, and to complete the Initial Disclosures and the Case Management Conference Statement, and asks to continue the Case Management Conference scheduled on November 4, 2005 , at 1:30 p.m., to a date ninety days hence, following the hearing on the motion to withdraw as counsel.

6. The Defendant does not object to plaintiff's request.

Dated: October 18, 2005                     Respectfully Submitted,

THE SAXON LEONARD LAW FIRM

By: _____/s/_____
Beverly Saxon Leonard
Attorney for Plaintiff Clifford Dilbert

-2-

**Stipulation re: Stay of Proceedings**

1  Defendant does not object to Plaintiff's request to extend the deadlines referenced above,
2  nor does defendant object to a continuance of the November 4, 2005, Case Management Conference
3  to a date ninety days hence following the hearing on the motion to withdraw.
4  Dated: <u>October 18, 2005</u>                                           KEVIN V. RYAN
                                                                           United States Attorney

                                                    By:     <u>       /s/          </u>
                                                            Abraham Simmons
                                                            Assistant United States Attorney
                                                            Attorneys for Defendant John E. Potter

### ORDER OF THE COURT

**The Court, having considered the request for Order Changing Time, hereby ORDERS:**

**The parties shall hold a meet and confer re initial disclosures, early settlement, ADR Process selection, and discovery plan by** <u>  April 7    </u>**, 2006.**

**The parties shall file a joint ADR Certification with Stipulation for ADR process or Notice of Need for ADR Phone Conference by** <u>  April 7   </u>**, 2006.**

**The last day to complete initial disclosures or state objection to Rule 26 (f) Report, file/serve Case Management Statement, and file/serve Rule 26 (f) Report is** <u>  April 28       </u>**, 2006.**

**The Case Management Conference shall be held in Courtroom 2, 17th Floor at 1:30 p.m., on** <u>  May 5    </u>**, 2006.**

-3-

**Stipulation re: Stay of Proceedings**

1     **IT IS SO ORDERED**

2

3     **Dated: October 18, 2005**          **UNITED STATES DISTRICT COURT JUDGE**

4

5                                              **By:** _/s/ Jeffrey S. White_

6                                              The Hon. Jeffrey S. White

-4-

**Stipulation re: Stay of Proceedings**