IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD DILBERT,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General,

    Defendant.

No. C 05-00087 JSW

**ORDER SETTING BRIEFING SCHEDULE**

The Court having received Plaintiff's counsel's motion to withdraw set for hearing on January 6, 2006, HEREBY ORDERS that Defendant's opposition brief shall be due on November 4, 2005, and the reply, if any, shall be due on November 14, 2005. If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the January 6, 2006 hearing date. If the parties wish to modify this briefing schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 18, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE