IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD DILBERT,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General,

    Defendant.

No. C 05-00087 JSW

**ORDER TO SHOW CAUSE RE MOTION TO WITHDRAW AS COUNSEL**

Civil Local Rule 11-5 provides that counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case. Although Defendant received notice of the motion and has submitted an opposition, there is no indication in the record that counsel Beverly Saxon Leonard gave written notice of her motion to withdraw to her client, Clifford Dilbert. Accordingly, the Court HEREBY ISSUES this order to show cause demonstrating that such notice has been given. In the event notice has not been given, the Court HEREBY ORDERS counsel to inform her client of her intentions to seek withdrawal. In either event, the Court ORDERS counsel to file written confirmation of Plaintiff's receipt of such notice in a declaration by no later than December 2, 2005.

**IT IS SO ORDERED.**

Dated: November 15, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE