IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD DILBERT,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General,

    Defendant.

No. C 05-00087 JSW

**SECOND ORDER TO SHOW CAUSE RE MOTION TO WITHDRAW AS COUNSEL**

On November 15, 2005, this Court entered an order to show cause whether counsel for Plaintiff had properly served her client the motion to withdraw as counsel. The order required counsel to provide proof of service to her client of her motion. On November 21, 2005, counsel submitted proof of service of the motion papers on her client demonstrating service as of November 1, 2005. The Court received a letter dated December 8, 2005 from Mr. Dilbert opposing his counsel's motion to withdraw. The letter was handwritten but indicated that it had been copied to his counsel.

///

///

///

///

///

1  Therefore, this Court HEREBY issues this order to show cause why the Court should
2  not deny counsel's motion to withdraw.  Specifically, the Court requires that Beverly Saxon
3  Leonard address her client's opposition to the motion by no later than December 30, 2005.  The
4  Court further requires Ms. Leonard to provide proof of service to Mr. Dilbert of this order as
5  well as the response filed to it.

**IT IS SO ORDERED.**

Dated:   December 16, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE