IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DILBERT, | Case No. C-05-0087 MEJ |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| vs. | |
| JOHN E. POTTER, | |
| Defendant. | |
| _____/ | |

The Court hereby sets a status conference in this matter for June 5, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: April 15, 2008

MARIA-ELENA JAMES
United States Magistrate Judge