IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DILBERT,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>        Defendant.<br>_____/ | No.05-0087 MEJ<br><br>ORDER SETTING HEARING DATE FOR PLAINTIFF'S DISCOVERY MOTIONS;<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT |

On October 16, 2008, a hearing was held in this matter. The Court hereby ORDERS the following:

1)     Defendant's Motion for Summary Judgement is continued to December 4, 2008. The hearing shall take place at 10:00 a.m., in courtroom B., 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall appear by telephone. He shall file his Opposition to Defendant's Motion by the end of the day, November 20, 2008. He shall also lodge a copy with Magistrate Judge Maria-Elena James' chambers, at 450 Golden Gate Avenue, San Francisco, California, 94102, by November 20, 2008.

2)     On October 30, 2008, the Court will conduct a hearing on Plaintiff's Motion to Compel and his Motion for the Production of Documents. By October 24, 2008,

1  Defendant shall provide Plaintiff with the discovery requested, or any objections
2  thereto. Any objections to the discovery sought shall be filed by the Defendant, with
3  a copy lodged in Judge James' chambers by October 24, 2008.
4  **IT IS SO ORDERED.**

6  Dated: October 16, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2