IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DILBERT

    Plaintiff,　　　　　　　　　　　　　　No. C-05-0087 MEJ

  v.

POTTER　　　　　　　　　　　　　　　　**ORDER TO PRO TEM REPORTER TO PRODUCE TRANSCRIPT**

    Defendant.
_____/

    On  October 30, 2008  a hearing was held in the above-entitled action. Production of a transcript of that hearing for the court is necessary for the resolution of this matter.

    Accordingly, a pro tem court reporter Margo Gurule is directed to prepare the transcript of this proceeding on the following basis:

    ( ) Ordinary (within 30 days @ $3.65 per page).

    ( ) 14-Day (within 14 days @ $4.25 per page).

    (x) Expedited (within 7 days @ $4.85 per page).

    ( ) Daily (overnight @ $6.05 per page).

    Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at the rate indicated above, and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

    **IT IS SO ORDERED.**

Dated: October 31, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Court Reporter Supervisor and Pro Tem Reporter