**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DILBERT, | No. C 05-0087 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER RESCHEDULING SUMMARY JUDGMENT HEARING** |
| JOHN E. POTTER, | |
| Defendant(s). | |

This matter is currently scheduled for a hearing on Defendant's summary judgment motion (Dkt. #61) on April 23, 2009. The Court hereby RESCHEDULES the hearing to April 9, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall appear by telephone. Defendant shall file any reply to Plaintiff's February 4, 2009 Opposition by April 2, 2009.

**IT IS SO ORDERED.**

Dated: March 23, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DILBERT,

        Plaintiff,

v.

POTTER et al,

        Defendant.

Case Number: CV05-00087 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Dilbert
V96613
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Mule Creek State Prison
Attn: Litigation Coordinator
P.O. Box 409099
Ione, CA 96640

Dated: March 23, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk