IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DILBERT,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHN E. POTTER,<br><br>        Defendant.<br>_____/ | No. C 05-0087 MEJ<br><br>**WRIT OF HABEAS CORPUS AD TESTFICANDUM**<br><br>Date: April 9, 2009<br>Time: 10:00 a.m. |

TO:    Mule Creek State Prison
          Attn: Litigation Coordinator
          P.O. Box 409099
          Ione, CA 96640

       This matter is scheduled for a summary judgment hearing on April 9, 2009 at 10:00 a.m. Accordingly, the Court hereby ORDERS Mule Creek's Litigation Coordinator, at the expense of the State of California, to produce Clifford Dilbert, #V96613, now in your custody, to be available by telephone for the summary judgment hearing before Magistrate Judge Maria-Elena James on April 9, 2009, at 10:00 a.m. The Court shall initiate the call. So as to ensure no delay in the proceedings, the Litigation Coordinator shall make Plaintiff available for the hearing by 9:50 a.m., and shall ensure that he remains available until the termination of the proceedings. As other cases are currently scheduled to be heard at the same time, the Litigation Coordinator should be aware that Plaintiff's hearing may begin sometime after 10:00 a.m.

       **IT IS SO ORDERED.**

Dated: March 23, 2009

                                                        MARIA-ELENA JAMES
                                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DILBERT,

        Plaintiff,

  v.

POTTER et al,

        Defendant.
                                      /

Case Number: CV05-00087 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Dilbert
V96613
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Mule Creek State Prison
Attn: Litigation Coordinator
P.O. Box 409099
Ione, CA 96640

Dated: March 23, 2009

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk