IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILBERT,<br><br>        Plaintiff,<br><br>  vs.<br><br>POTTER,<br><br>        Defendant.<br>_____ / | No. C 05-0087 MEJ<br><br>**ENTRY OF JUDGMENT** |

On June 1, 2009, the Court granted Defendants' motion for summary judgment.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 1, 2009

                                                        MARIA-ELENA JAMES<br>
                                                        United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DILBERT,

        Plaintiff,

v.

POTTER et al,

        Defendant.

Case Number: CV05-00087 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Dilbert
V96613
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: June 1, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk