UNITED STATES DISTRICT COURT

Northern District of California

DILBERT,

           Plaintiff,           No. C 05-00087 MEJ
  v.                               (9th Cir. No 09-16405)

POTTER,                          ORDER FOR TRANSCRIPT

           Defendant.

_____/

Pending before the Court is Plaintiff Clifford Dilbert's Transcript Designation (Dkt. #116), wherein Plaintiff requests that eight transcripts be prepared at government expense.

Having considered Plaintiff's request,

**IT IS HEREBY ORDERED** that the court reporter prepare a transcript of the proceedings held in the above-entitled matter on October 16, 2008 at government expense.[1]

Dated: December 10, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT

---

[1] In his filing, Plaintiff requests that transcripts be prepared for September 4, 2008, November 20, 2008, December 4, 2008, December 18, 2008, and April 23, 2009. However, there is no docket entries indicating there were hearings on the record on these dates. Plaintiff also requests transcripts for hearings held on October 30, 2009, and April 9, 2009. The transcript for the October 30, 2008 hearing is in the record at docket #76. The transcript for the April 9, 2009 hearing is in the record at docket #111.

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DILBERT,

    Plaintiff,

v.

POTTER et al,

    Defendant.
            /

Case Number: CV05-00087 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Dilbert
V96613
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: December 10, 2009

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk

2